**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br>  vs.<br><br>JOHN P. STEFANSKI,<br><br>    Defendant. | 3:11-cr-012-JDR<br><br>**ORDER<br>SETTING<br>PRETRIAL CONFERENCE<br>and<br>NOTICE OF HEARING** |

    The above captioned case is presently set for trial by court for October 18, 2011 at 9:30 AM before the undersigned magistrate judge. *A pretrial conference is hereby set for 9:30 AM on October 5, 2011* in U.S. District Court Courtroom No. 6, 222 West Seventh Avenue, Anchorage Alaska. The defendant must be present at the pretrial conference either in person of through a telephonic appearance (arranged by his counsel) unless otherwise permitted by the court. The defendant may be excused from attending the pretrial conference by providing his attorney in advance of the hearing with written authorization for his attorney to represent him at the hearing and a waiver of his presence.

The pretrial conference will be conducted in court on the record and shall include arguments on pending motions, if any, foreseeable evidentiary issues, and other matters which may usefully be addressed before the trial is conducted.

On or before the pretrial conference the parties shall prepare and submit a statement of the essential elements of the two offenses alleged in the Information. Federal Criminal Rule 12(b)(3)(A) provides that a motion alleging a defect in instituting the prosecution must be made before trial. At the October 5 hearing the court will address the timing of any such motion including a motion challenging the jurisdiction of the plaintiff to bring this prosecution.

A copy of this Order shall be served on counsel of record. The government has agreed through the NPS to provide a copy of this Order/Notice to defendant John Stefanski.

DATED this 29th day of September, 2011, at Anchorage, Alaska.

                                                 /s/ *John D. Roberts*
                                                 JOHN D. ROBERTS
                                                 United States Magistrate Judge